FILED
CLERK, U.S. DISTRICT COURT

02/23/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PEDRO FELIPE GARCIA LAFARGA,<br><br>    Defendant. | ED CR No. 5:22-cr-00057-MEMF<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1344(2): Bank Fraud;<br>18 U.S.C. § 1028A(a)(1):<br>Aggravated Identity Theft] |

The Grand Jury charges:

### COUNTS ONE THROUGH THIRTEEN
### [18 U.S.C. § 1344(2)]

A.    INTRODUCTORY ALLEGATION

    1.    At times relevant to this Indictment, Bank of America and Capital One (collectively, the "Banks") were financial institutions insured by the Federal Deposit Insurance Corporation.

B.    THE SCHEME TO DEFRAUD

    2.    Beginning on a date unknown to the Grand Jury, but no later than on or about May 2, 2020, and continuing through at least on or about May 4, 2020, in San Bernardino and Los Angeles Counties, within the Central District of California, and elsewhere, defendant PEDRO

FELIPE GARCIA LAFARGA, knowingly and with intent to defraud, devised and executed a scheme to obtain money, funds, credits, assets, and other property in the custody and control of the Banks by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

3. The fraudulent scheme operated, and was carried out, in substance, as follows:

    a. Defendant LAFARGA would steal mail from victims' mailboxes, including mail sent by various financial institutions to victims at the victims' residential addresses.

    b. Defendant LAFARGA would use the stolen mail to obtain debit cards, credit cards, and bank account information belonging to others.

    c. Defendant LAFARGA would use the debit and credit cards to make unauthorized purchases at retail locations and to obtain cash from Automated Teller Machines ("ATMs").

    d. By executing the above scheme, defendant LAFARGA caused at least $6,274.21 in losses to Bank of America, and at least $363.74 in losses to Capital One.

C. THE EXECUTION OF THE FRAUDULENT SCHEME

4. On or about the following dates, in San Bernardino and Los Angeles Counties, within the Central District of California, and elsewhere, defendant LAFARGA committed and willfully caused the commission of the following acts, each of which constituted an execution of the fraudulent scheme:

| COUNT | DATE | ACT |
|---|---|---|
| ONE | May 2, 2020 | Defendant LAFARGA charged $986 to a Bank of America debit card in the name of Victim A to obtain two separate cash withdrawals for $600 and $380 and to pay $6 in corresponding ATM fees at a Wells Fargo ATM in Rancho Cucamonga, California. |
| TWO | May 2, 2020 | Defendant LAFARGA charged $1,000 to a Bank of America debit card in the name of Victim B to obtain two separate cash withdrawals for $600 and $400 at a Bank of America ATM in Rancho Cucamonga, California. |
| THREE | May 2, 2020 | Defendant LAFARGA charged $154.54 to a Bank of America debit card in the name of Victim A to make purchases at a Wal-Mart store in Rancho Cucamonga, California. |
| FOUR | May 2, 2020 | Defendant LAFARGA charged $133.67 to a Bank of America debit card in the name of Victim B to make purchases at a Target store in Fontana, California. |
| FIVE | May 3, 2020 | Defendant LAFARGA charged $1,000 to a Bank of America debit card in the name of Victim A to obtain a $1,000 cash withdrawal at a Bank of America ATM in Rancho Cucamonga, California. |
| SIX | May 3, 2020 | Defendant LAFARGA charged $1,000 to a Bank of America debit card in the name of Victim B to obtain a $1,000 cash withdrawal at a Bank of America ATM in Rancho Cucamonga, California. |
| SEVEN | May 4, 2020 | Defendant LAFARGA charged $1,000 to a Bank of America debit card in the name of Victim B to obtain a $1,000 cash withdrawal at a Bank of America ATM in Rancho Cucamonga, California. |
| EIGHT | May 4, 2020 | Defendant LAFARGA charged $1,000 to a Bank of America debit card in the name of Victim A to obtain a $1,000 cash withdrawal at a Bank of America ATM in Rancho Cucamonga, California. |
| NINE | May 4, 2020 | Defendant LAFARGA charged $75.82 to a Capital One credit card in the name of Victim A to make purchases at a Wal-Mart store in Rancho Cucamonga, California. |

| COUNT | DATE | ACT |
|---|---|---|
| TEN | May 4, 2020 | Defendant LAFARGA charged $10 to a Capital One credit card in the name of Victim B to make purchases at a Denny's Carwash in Northridge, California. |
| ELEVEN | May 4, 2020 | Defendant LAFARGA charged $7 to a Capital One credit card in the name of Victim B to make purchases at a Denny's Carwash in Northridge, California. |
| TWELVE | May 4, 2020 | Defendant LAFARGA charged $239.11 to a Capital One credit card in the name of Victim B to make purchases at a Target store in Granada Hills, California. |
| THIRTEEN | May 4, 2020 | Defendant LAFARGA charged $31.81 to a Capital One credit card in the name of Victim A to make purchases at a Target store in Granada Hills, California. |

COUNT FOURTEEN

[18 U.S.C. § 1028A(a)(1)]

On or about May 2, 2020, in San Bernardino County, within the Central District of California, defendant PEDRO FELIPE GARCIA LAFARGA knowingly used, without lawful authority, means of identification that defendant LAFARGA knew belonged to another person, namely, the name of Victim A and a Bank of America account number belonging to Victim A, during and in relation to the offense of Bank Fraud, a felony violation of Title 18, United States Code, Section 1344(2), as charged in Count One of this Indictment.

COUNT FIFTEEN

[18 U.S.C. § 1028A(a)(1)]

On or about May 2, 2020, in San Bernardino County, within the Central District of California, defendant PEDRO FELIPE GARCIA LAFARGA knowingly used, without lawful authority, means of identification that defendant LAFARGA knew belonged to another person, namely, the name of Victim B and a Bank of America account number belonging to Victim B, during and in relation to the offense of Bank Fraud, a felony violation of Title 18, United States Code, Section 1344(2), as charged in Count Two of this Indictment.

A TRUE BILL

/S/

Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

CHRISTIAN R. ACEVEDO
Special Assistant U.S. Attorney
Riverside Branch Office